UNITED STATES DISTRICT COURT

THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND WILLIAM J. SANDER, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, <br><br> Petitioners, <br><br> v. <br><br> ALLEN R. DECUYPER, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 3:10-cv-00669 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>ORDER</u>

It hereby is

ORDERED that this action is assigned for a hearing to commence at _____10:00 a.m._____, on _November 5, 2010_ in Courtroom No. _774_, United States Courthouse, Broadway at 8th Avenue, Nashville, Tennessee, or as soon thereafter as the matter can be reached on the Court's Calendar.

At such hearing, the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the respondent opposes judicial enforcement of such summons, he may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

It hereby is ORDERED further that a copy of this order,
together with the petition herein and exhibits attached thereto,
be served on the respondent at least thirty (30) days prior to
the date assigned for the hearing.

ENTER:

UNITED STATES DISTRICT JUDGE